IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-79-F-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | **(SEALED)** |
| JOSEPH IRVEN POWELL, JR. | ) | |

This matter is before the court on Defendant Joseph Irven Powell, Jr.'s Renewed Motion to Seal [DE-383]. For good cause shown, the motion is ALLOWED. The Clerk of Court is DIRECTED to file and to maintain under seal the document [DE-379].

SO ORDERED.

This, the 4th day of December, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge